UNITED STATES
BANKRUPTCY COURT

2010 FEB 22 PM 4: 22

DISTRICT OF UTAH

Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 08-27508 WTT |
|---|---|
| **JARED SODERMAN** | |
| SSN: XXX-XX-6669 | |
| Debtor(s). | |

## DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned

bankruptcy estate represents to the Court that on November 30, 2009, the following check was

sent to the corresponding creditor to the address on file with the Court: check no. 1004 in the

amount of $279.97 was sent to Golden Plains Credit Union at the address on file with the Court.

The check has not been deposited and over 90 days have passed from the date of issue.

Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with

the U.S. Bankruptcy Court for the District of Utah on February 22, 2010.

DATED this 22nd day of February, 2010.

Elizabeth Rose Loveridge
Chapter 7 Trustee

T:\SodermanUnclaimedFunds.022210

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2010, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT  84111

Jared Soderman
8949 Reliance Drive
Sandy, UT 84070

Stephen M. Enderton
Enderton & Mathews, LLC
234 East 3900 South
Suite One
Salt Lake City, UT 84107

T\SodermanUnclaimedFunds.022210

2